**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Freddy DEJESUS, Defendant–**
**Appellant.**

No. 04–16549.

D.C. Docket No. 04–20240–CR–DLG.

United States Court of Appeals,
Eleventh Circuit.

Aug. 1, 2005.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, PRYOR and COX,
Circuit Judges.

Non–Argument Calendar

PER CURIAM.

David J. Joffe, counsel for Freddy DeJesus in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and DeJesus's conviction and sentence are AFFIRMED.